

## NUMBER 13-18-00254-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN THE ESTATE OF BRUCE R. HUFFMAN, DECEASED

**On appeal from the County Court at Law
of San Patricio County, Texas.**

## MEMORANDUM OPINION

**Before and Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Rodriguez**

The appellant's brief in the above cause was due on July 30, 2018. On August 14, 2018, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 20th
day of September, 2018.